IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Nina Mitchell | : | Chapter 13 |
| | : | |
| | : | |
| | : | Case No. 19-10981 |
| Debtor(s) | : | |
| | : | |

**ORDER EXTENDING THE TIME TO FILE TO FILE CHAPTER 13 SCHEDULES AND OTHER DOCUMENTS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(c), 3015 AND LOCAL RULE 9014-2**

**NOW**, this ___4th___ day of ___March___, 2019, it is **ORDERED** that:

1.  The Debtor's Motion to Enlarge the Time, pursuant to F.R.B.P. 1007(c), 3015 and Local Rule 9014-2, to file her Chapter 13 schedules, Statement of Financial Affairs, payment advices, Statement of Current Monthly Income, Schedules A-J, Summary of Schedules, Statistical Summary of Certain Liabilities, Attorney Disclosure Statement and Chapter 13 plan pursuant to Rules 1007(c) and 3015 of the Federal Rules of Bankruptcy Procedure and Local Rule 9014-2 is hereby **GRANTED.**

2. The deadline to file Chapter 13 schedules, Statement of Financial Affairs, payment advices, Statement of Current Monthly Income, Schedules A-J, Summary of Schedules, Statistical Summary of Certain Liabilities, Attorney Disclosure Statement and Chapter 13 plan is hereby extended until **March 18, 2019**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**