United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 19-10981-elf
Nina Mitchell                                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD           Page 1 of 1           Date Rcvd: Mar 04, 2019
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2019.
db            +Nina Mitchell,   715 Clovelly Lane,   Devon, PA 19333-1808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2019 at the address(es) listed below:
              MICHAEL G. DEEGAN    on behalf of Debtor Nina  Mitchell mgdeegan@comcast.net,
               mike@deeganlawfirm.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage
               Pass-Through Certificates, Series 2007- HE6 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In Re:  Nina Mitchell | : | Chapter 13 |
| | : | |
| | : | |
| | : | Case No. 19-10981 |
| Debtor(s) | : | |
| | : | |

**ORDER EXTENDING  THE TIME TO FILE TO FILE CHAPTER 13 SCHEDULES
AND OTHER DOCUMENTS PURSUANT TO FEDERAL RULES OF BANKRUPTCY
PROCEDURE 1007(c), 3015 AND LOCAL RULE 9014-2**

**NOW**, this ___4th___ day of ___March___, 2019, it is **ORDERED** that:

1.     The Debtor's Motion to Enlarge the Time, pursuant to F.R.B.P. 1007(c), 3015 and Local Rule 9014-2, to file her Chapter 13 schedules, Statement of Financial Affairs, payment advices, Statement of Current Monthly Income, Schedules A-J, Summary of Schedules, Statistical Summary of Certain Liabilities, Attorney Disclosure Statement and Chapter 13 plan pursuant to Rules 1007(c) and 3015 of the Federal Rules of Bankruptcy Procedure and Local Rule 9014-2 is hereby **GRANTED.**

2. The deadline to file Chapter 13 schedules, Statement of Financial Affairs, payment advices, Statement of Current Monthly Income, Schedules A-J, Summary of Schedules, Statistical Summary of Certain Liabilities, Attorney Disclosure Statement and Chapter 13 plan is hereby extended until **March 18, 2019**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**