# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-10981-elf |
| Nina Mitchell | : Chapter 13 |
|     Debtor | : |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services | : : : : |
|     Movant | : |
|     vs. | : |
| Nina Mitchell | : |
|     Debtor/Respondent | : |
|     and | : |
| William C. Miller, Esquire | : |
|     Trustee/Respondent | : |

## **OBJECTION TO CONFIRMATION OF THE PLAN**

U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Nina Mitchell ("Debtor"), as follows:

1. As of the bankruptcy filing date of February 18, 2019, Movant holds a secured Claim against the Debtor's property located at 715 Clovelly Lane, Devon, PA 19333.

2. Movant filed a Proof of Claim on March 15, 2019 with pre-petition arrears in the amount of $149,404.84.

3. The Plan currently proposes payment to Movant in the amount of $110,000.00 for pre-petition arrears.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

      6.    Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

      WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

Dated: 03/22/2019

Respectfully submitted,

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
debersole@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>   Nina Mitchell<br>                         Debtor<br>U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services<br>                         Movant<br>                         vs.<br><br>Nina Mitchell<br>                         Debtor/Respondent<br>                         and<br>William C. Miller, Esquire<br>                         Trustee/Respondent | : Bankruptcy No. 19-10981-elf<br>: Chapter 13<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED PLAN TO PARTIES IN INTEREST

     I, Danielle Boyle-Ebersole, Esquire, attorney for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on 03/22/2019:

Michael G. Deegan, Esquire
Via Electronic Filing
*Attorney for Debtor*

William C. Miller, Esquire
Via Electronic Filing
*Trustee*

Nina Mitchell
715 Clovelly Lane
Devon, PA 19333
Via First Class Mail
*Debtor*

Date: 03/22/2019

     Respectfully Submitted,
/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
debersole@hoflawgroup.com