**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Nina Mitchell | : | Chapter 13 |
| Debtor(s) | : : : : : : | Case No. 19-10981 |

NOTICE OF RE-SCHEDULED 341(a) HEARING

     The 341(a) hearing, which was originally scheduled for May 1, 2019 at 1:00 p.m. has been re-scheduled for May 29, 2019 at 11:00 a.m. at 1234 Market Street, Suite 18-341 (18th Floor), Philadelphia, PA 19107.

Date: 04/30/19                                      /s/ Michael G. Deegan
                                                               Michael G. Deegan
                                                               134 West King Street
                                                               Malvern, PA 19355
                                                               (610) 251-9160
                                                               Counsel for Debtor