# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-10981-ELF

NINA  MITCHELL

715 CLOVELLY LANE

DEVON, PA 19333

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    NINA  MITCHELL

    715 CLOVELLY LANE

    DEVON, PA 19333

Counsel for debtor(s), by electronic notice only.

    MICHAEL G DEEGAN
    134 W KING ST

    MALVERN, PA 19355

Date: 5/30/2019

/S/ William C. Miller
_____

William C. Miller, Esquire
Chapter 13 Standing Trustee