IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: NINA MITCHELL<br>**Debtor(s)** | )<br>)<br>)   CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>**Moving Party** | )<br>)<br>) |
| v. | )   Case No.: 19-10981 (ELF)<br>) |
| NINA MITCHELL<br>**Respondent(s)** | )<br>)<br>) |
| WILLIAM C. MILLER<br>**Trustee** | )<br>)<br>)<br>) |

**PRAECIPE WITHDRAWING SANTANDER'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Santander's Objection To Confirmation, filed on or about March 28, 2019 in the above-referenced case, number 22 on the docket.

Date:  9/11/19

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Santander Consumer USA Inc.