**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-10981-elf |
| Nina Mitchell | : Chapter 13 |
| Debtor | : |
| U.S. Bank National Association, not in its | : |
| individual capacity but solely as trustee for the | : |
| RMAC Trust, Series 2016-CTT c/o Rushmore | : |
| Loan Management Services | : |
| Movant | : |
| vs. | : |
| Nina Mitchell | : |
| Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
| Trustee/Respondent | : |

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF THE PLAN**

TO THE CLERK:

Please mark the Objection to Confirmation of the Plan, filed on March 22, 2019 as Doc. #19, as withdrawn without prejudice.


Respectfully submitted,

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-10981-elf |
| Nina Mitchell | : Chapter 13 |
|            Debtor | : |
| U.S. Bank National Association, not in its | : |
| individual capacity but solely as trustee for the | : |
| RMAC Trust, Series 2016-CTT c/o Rushmore | : |
| Loan Management Services | : |
|            Movant | : |
|       vs. | : |
| Nina Mitchell | : |
|            Debtor/Respondent | : |
|     and | : |
| William C. Miller, Esquire | : |
|            Trustee/Respondent | : |

## <u>CERTIFICATE OF MAILING</u>

I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served a copy of the Praecipe to Withdraw the Objection to Confirmation of the Plan to the parties at the addresses shown below on September 11, 2019.

The types of service made on parties were: <u>Electronic Notification and First Class Mail</u>:

Michael G. Deegan, Esquire
Via Electronic Filing
*Attorney for Debtor*

William C. Miller, Esquire
Via Electronic Filing
*Trustee*

Nina Mitchell
715 Clovelly Lane
Devon, PA 19333
Via First Class Mail
*Debtor*

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121