**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In Re: Nina Mitchell | :<br>:<br>:     Chapter 13<br>:     Case No.: 19-10981 elf<br>:<br>:<br>: |

CERTIFICATE OF SERVICE

     I the undersigned hereby represents and certifies that on the date set forth below deposited in a regularly maintained United States Postal Service depository, with appropriate first class postage affixed, or electronic service, copies of the within Debtor's Second Amended Chapter 13 Plan for service on:

William Miller, Esquire
Chapter 13 Trustee
(electronically)

United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(electronically)

DANIELLE BOYLE-EBERSOLE
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
(electronically)

WILLIAM EDWARD CRAIG
Morton & Craig
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(electronically)

REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
(electronically)


All priority and secured creditors via first class mail or electronic service

Date:<u>09/13/19 </u>                                        <u>/s/ Michael G. Deegan            </u>
                                                                                                Michael G. Deegan, Esquire
                                                                                                Attorney for Debtor
                                                                                                134 West King Street
                                                                                                Malvern, PA 19355