**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Nina Mitchell | : | Chapter 13 |
| Debtor(s) | : | |
| | : | Case No. 19-10981 elf |

## ORDER

**AND NOW**, this  8th  day of  November , 2019 upon consideration of the Application for Compensation ("the Application") filed by the debtor's counsel, Michael G. Deegan, Esquire, ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the applicant in the amount of $4,000.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B) the allowed compensation set forth in ¶2, less $2,000.00 which was paid by the debtor pre-petition.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**