United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 19-10981-elf
Nina Mitchell Chapter 13
 Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2 User: dlv Page 1 of 1 Date Rcvd: Nov 08, 2019
 Form ID: pdf900 Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2019.
db +Nina Mitchell, 715 Clovelly Lane, Devon, PA 19333-1808
aty +Michael Deegan, 134 West King Street, Malvern, PA 19355-2412
cr +Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2019 at the address(es) listed below:
 DANIELLE BOYLE-EBERSOLE on behalf of Creditor U.S. Bank National Association, et al. c/o
 Rushmore Loan Management Services debersole@hoflawgroup.com, pfranz@hoflawgroup.com
 MICHAEL G. DEEGAN on behalf of Debtor Nina Mitchell mgdeegan@comcast.net,
 mike@deeganlawfirm.com
 MICHAEL G. DEEGAN on behalf of Attorney Michael Deegan mgdeegan@comcast.net,
 mike@deeganlawfirm.com
 REBECCA ANN SOLARZ on behalf of Creditor Deutsche Bank National Trust Company, as Trustee, in
 trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage
 Pass-Through Certificates, Series 2007- HE6 bkgroup@kmllawgroup.com
 United States Trustee USTPRegion03.PH.ECF@usdoj.gov
 WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
 WILLIAM C. MILLER, Esq. on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
 philaecf@gmail.com
 WILLIAM EDWARD CRAIG on behalf of Creditor Santander Consumer USA Inc.
 ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
 TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Nina Mitchell | : | Chapter 13 |
| Debtor(s) | : | |
| | : | Case No. 19-10981 elf |

### ORDER

**AND NOW**, this ___8th___ day of ___November___, 2019 upon consideration of the Application for Compensation ("the Application") filed by the debtor's counsel, Michael G. Deegan, Esquire, ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the applicant in the amount of $4,000.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B) the allowed compensation set forth in ¶2, less $2,000.00 which was paid by the debtor pre-petition.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**