# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 19-10981-ELF

NINA MITCHELL

715 CLOVELLY LANE

DEVON, PA 19333

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

NINA MITCHELL

715 CLOVELLY LANE

DEVON, PA 19333

Counsel for debtor(s), by electronic notice only.

MICHAEL G DEEGAN
134 W KING ST

MALVERN, PA 19355

Date: 6/26/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee