## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Nina Mitchell | : | Chapter 13 |
| Debtor(s) | : | |
| | : | Case No. 19-10981 elf |

## CERTIFICATE OF NO RESPONSE

    I, Michael G. Deegan, Esquire, counsel for the above captioned debtor do hereby certify that no answer, objection, or other responsive pleading has been served upon me or upon the Debtor in connection with the Debtors' Motion to Modify Chapter 13 Plan After Confirmation which was served upon all parties of interest on September 14, 2019.

    WHEREFORE, the Debtor's counsel requests that the Court approve the Motion to Modify Chapter 13 Plan After Confirmation as requested.


Date:  10/09/20                    /s/ Michael G. Deegan
                                                    Michael G. Deegan, Esquire
                                                    134 West King Street
                                                    Malvern, PA 19355
                                                    (610) 251-9160
                                                    (610) 251-0205 - Fax
                                                    Counsel for Debtor