# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In Re:  Nina Mitchell | : | Chapter 13 |
| | : | Case No. 19-10981 elf |
| | : | |
| | : | |
| Debtor(s) | : | |
| | : | |

## ORDER ON MOTION TO MODIFY CHAPTER 13 AFTER CONFIRMATION

AND NOW, this _____ day of _____, 2020, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan After Confirmation, and hearing thereon, it is hereby

ORDERED that:

1)  The Motion is **GRANTED.**

2)  The Debtors' Amended Chapter 13 Plan (**Docket # 78**) is **APPROVED** and shall be the confirmed plan.

_____
UNITED STATES BANKRUPTCY
JUDGE