**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-10981-elf |
| Nina Mitchell | : Chapter 13 |
|     Debtor | : |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services | : : : : |
|     Movant | : |
|     vs. | : |
| Nina Mitchell | : |
|     Debtor/Respondent | : |
|     and | : |
| William C. Miller, Esquire | : |
|     Trustee/Respondent | : |

**<u>OBJECTION TO CONFIRMATION OF THE AMENDED PLAN</u>**

U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Nina Mitchell ("Debtor"), as follows:

1. As of the bankruptcy filing date of February 18, 2019, Movant holds a secured Claim against the Debtor's property located at 715 Clovelly Lane, Devon, PA 19333.

2. Movant filed a Proof of Claim on March 15, 2019 with a secured claim in the amount of $881,569.91 pre-petition arrears in the amount of $149,404.84.

3. The Amended Plan currently proposes to cure Movant's claim via sale for the property on or before 02/01/2021 with a Fair Market Value of $750,000.00. The Sale price proposed by Debtor is not sufficient to pay the claim in full.

4. The Amended Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Amended Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6.      Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Amended Plan proposed by Debtor is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Amended Chaper 13 Plan.

Dated: 10/26/2020

Respectfully submitted,

/s / Antonio Bonanni, Esquire
Antonio, Bonanni, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 322940
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: abonanni@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-10981-elf |
|    Nina Mitchell | : Chapter 13 |
|                      Debtor | : |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services | : : : : |
|                      Movant | : |
|               vs. | : : |
| Nina Mitchell | : |
|                      Debtor/Respondent | : |
|              and | : |
| William C. Miller, Esquire | : |
|                      Trustee/Respondent | : |

### CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED PLAN TO PARTIES IN INTEREST

    I, Antonio, Bonanni, Esquire, attorney for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on **10/26/2020**:

| | |
|---|---|
| Michael G. Deegan, Esquire<br>Via Electronic Filing<br>*Attorney for Debtor* | Nina Mitchell<br>715 Clovelly Lane<br>Devon, PA 19333<br>Via First Class Mail<br>*Debtor* |
| William C. Miller, Esquire<br>Via Electronic Filing<br>*Trustee* | |

| | |
|---|---|
| | Respectfully Submitted, |
| Date: 10/26/2020 | /s / Antonio Bonanni, Esquire<br>Antonio, Bonanni, Esquire<br>Hladik, Onorato & Federman, LLP<br>Attorney I.D. # 322940<br>298 Wissahickon Avenue<br>North Wales, PA 19454<br>Phone 215-855-9521<br>Email: abonanni@hoflawgroup.com |