United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10981-elf |
| Nina Mitchell | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Oct 26, 2020 | Form ID: 200 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nina Mitchell, 715 Clovelly Lane, Devon, PA 19333-1808 |
| aty | + | Michael Deegan, 134 West King Street, Malvern, PA 19355-2412 |
| cr | + | Easttown Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Kabe Capital, LLC, c/o Jennie C. Shnayder, Esq., 148 East Street Road, Suite 352, Feasterville, PA 19053-7604 |
| cr | + | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2020          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | |
| | on behalf of Creditor U.S. Bank National Association  et al. c/o Rushmore Loan Management Services debersole@hoflawgroup.com, pfranz@hoflawgroup.com |
| JAMES RANDOLPH WOOD | |
| | on behalf of Creditor Easttown Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JENNIE SHNAYDER | |
| | on behalf of Creditor Kabe Capital  LLC jennie@dwaldmanlaw.com |
| MICHAEL G. DEEGAN | |
| | on behalf of Debtor Nina Mitchell mgdeegan@comcast.net  mike@deeganlawfirm.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Oct 26, 2020 | Form ID: 200 | Total Noticed: 5 |

MICHAEL G. DEEGAN
    on behalf of Attorney Michael Deegan mgdeegan@comcast.net  mike@deeganlawfirm.com

REBECCA ANN SOLARZ
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series 2007- HE6 bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13

Nina Mitchell : Case No. 19−10981−elf
      Debtor

***ORDER***

    AND NOW, this day 25th day of October 2020 , this Court having implemented its electronic filing system on April 1, 2003 pursuant to Standing Order;

    And on October 19, 2004 an amendment of the Standing Order providing that as of January 15, 2005 all attorneys shall file all documents electronically unless a prior waiver or extension of the mandatory electronic filing deadline has been secured;[1]

    And it appearing that a document styled " Notice of Appearance, Objection to Confirmation of Plan, Motion to Deem Late Filed Proof of Claim and supporting documents. " has not been filed electronically and no waiver or extension of the electronic filing requirement has been secured;

    And such non−complying document has been noted on the docket of this Court but has not been filed in the Court's electronic data base;

    It is hereby ORDERED that no judicial action shall be taken in connection with a non−complying document and any filing fee accompanying such non−complying document will be contemporaneously returned;

    And it is further ORDERED that the non−complying document will be stricken from the docket unless within fourteen (14) days the document and applicable filing fee are submitted in compliance with the Standing Order of this Court.

_____

[1] On December 1, 2003 an amendment of the Standing Order required that any attorney who was not filing electronically file any paper document accompanied by a disc in PDF format and that the failure to do so would result in the striking of such document from the court record upon notice and opportunity to cure. As of that date the Court's document data base has been maintained electronically.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

83 − 80, 81, 82
Form 200