**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Nina Mitchell<br><br><br>Debtor | Chapter: 13<br><br>Bankruptcy No.: 19-10981-elf |

### NOTICE OF APPEARANCE ON BEHALF OF Kabe Capital, LLC

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, Kabe Capital, LLC, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted

**SHNAYDER LAW FIRM, LLC**

Dated: October 20, 2020

By: /s/ *Jennie C. Shnayder*
Jennie C. Shnayder, Esq.
PA Bar ID# 315213
148 East Street Road, Suite 352
Feasterville, PA 19053
Phone: 215-834-3103
Fax: 215-565-2679
jennie@shnayderlawfirm.com
Attorney for Creditor, Kabe Capital, LLC