# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | | |
|---|---|---|
| **In re: Nina Mitchell,** | ) | |
|     Debtor, | ) | Case No.: 19-10981-elf |
| | ) | Chapter 13 |
| _____ | ) | |
| | ) | |
| **Kabe Capital, LLC** | ) | |
|     Movant, | ) | |
| | ) | |
| v. | ) | Judge Eric L. Frank |
| | ) | |
| **Nina Mitchell,** | ) | |
|     Respondent. | ) | |

## NOTICE OF MOTION AND HEARING DATE

**Kabe Capital, LLC** has filed a **MOTION TO DEEM LATE FILED PROOF OF CLAIM AS TIMELY FILED** with the court to allow its Proof of Claim.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.  If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then you or your attorney must do **all** of the following:

        (a) file an answer explaining your position at:
            U.S. Bankruptcy Court
            Robert N.C. Nix, Sr. Federal Courthouse
            900 Market Street, Suite 400
            Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b) mail a copy to the Movant's Attorney:

            Jennie C. Shnayder, Esq.
            148 East Street Road, Suite 352
            Feasterville, PA 19053

    2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

      3. A hearing on the motion is scheduled to be held before the Honorable **Eric L. Frank** on **November 24, 2020** at **1:00 PM, Courtroom #1,** United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107 Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

      4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

> By: /s/ *Jennie Shnayder*
> Jennie C. Shnayder, Esq., PA Bar ID# 315213
> 148 East Street Road, Suite 352
> Feasterville, PA 19053
> Phone: 215-834-3103
> Fax: 215-565-2679
> jennie@shnayderlawfirm.com
> Attorney for Secured Creditor