**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Nina Mitchell | : | |
| | : | Chapter 13 |
| | : | |
| | : | Case No. 19-10981 elf |
| Debtor(s) | : | |
| | : | |

**PRAECIPE TO WITHDRAW DOCUMENT**

Please withdraw the debtor's Modified Plans (Post-Confirmation) at docket numbers 71 and 78.

Please also withdraw the debtor's Motion to Modify at docket number 72.

Date: 11/20/20                                                              /s/ Michael G. Deegan
                                                                                      Michael G. Deegan, Esquire
                                                                                      134 West King Street
                                                                                      Malvern, PA 19355
                                                                                      (610) 251-9160
                                                                                      Counsel for Debtor