# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Nina Mitchell | Chapter 13 |
| Debtor(s) | Case No. 19-10981 elf |

## PRAECIPE TO WITHDRAW DOCUMENT

Please withdraw the debtor's Response to the Trustee Motion to Dismiss at docket numbers 69.

Date: 11/24/20

/s/ Michael G. Deegan
Michael G. Deegan, Esquire
134 West King Street
Malvern, PA 19355
(610) 251-9160
Counsel for Debtor