United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Nina Mitchell  
    Debtor(s)

Case No. 19-10981-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 2  
Date Rcvd: Nov 24, 2020      Form ID: pdf900      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nina Mitchell, 715 Clovelly Lane, Devon, PA 19333-1808 |
| aty | + | Michael Deegan, 134 West King Street, Malvern, PA 19355-2412 |
| cr | + | Easttown Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14421720 | + | Easttown Township, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14274775 | + | Francis Mitchell, 715 Clovelly Lane, Devon, PA 19333-1808 |
| 14274776 | + | Hladik, Onorato & Federman, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14554268 | + | Kabe Capital, LLC, Land Home Financial Svc, Inc., 3611 South Harbor Blvd., Ste. 100, Santa Ana, CA 92704-7915 |
| 14556191 | + | Kabe Capital, LLC, c/o Jennie C. Shnayder, Esq., 148 East Street Road, Suite 352, Feasterville, PA 19053-7604 |
| 14274778 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, 2730 Liberty Avenue, Attn: Bankruptcy, Pittsburgh, PA 15222 |
| 14274777 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, Attn: Bankruptcy, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14284587 | + | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14278601 | + | Select Portfolio for Deutsche Bank Natl, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14288345 | + | U.S. Bank National Association, et al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14274780 | + | US Bank National Association, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 25 2020 03:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 25 2020 03:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 25 2020 03:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14315841 | | Email/Text: jennifer.chacon@spservicing.com | Nov 25 2020 03:16:00 | Deutsche Bank National Trust Company, Et Al..., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14274778 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 25 2020 03:16:00 | PNC Bank, 2730 Liberty Avenue, Attn: Bankruptcy, Pittsburgh, PA 15222 |
| 14274777 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 25 2020 03:16:00 | PNC Bank, Attn: Bankruptcy, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14274779 | + | Email/Text: jennifer.chacon@spservicing.com | Nov 25 2020 03:16:00 | Select Portfolio, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 7

Case 19-10981-elf   Doc 100   Filed 11/26/20   Entered 11/27/20 00:43:57   Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: pdf900 | Total Noticed: 19 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Kabe Capital, LLC, c/o Jennie C. Shnayder, Esq., 148 East Street Road, Suite 352, Feasterville, PA 19053-7604 |
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2020         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor U.S. Bank National Association et al. c/o Rushmore Loan Management Services abonanni@hoflawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor U.S. Bank National Association et al. c/o Rushmore Loan Management Services debersole@hoflawgroup.com, pfranz@hoflawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Easttown Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JENNIE SHNAYDER | on behalf of Creditor Kabe Capital LLC jennie@shnayderlawfirm.com |
| MICHAEL G. DEEGAN | on behalf of Debtor Nina Mitchell mgdeegan@comcast.net mike@deeganlawfirm.com |
| MICHAEL G. DEEGAN | on behalf of Attorney Michael Deegan mgdeegan@comcast.net mike@deeganlawfirm.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series 2007- HE6 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
NINA MITCHELL

Chapter 13

Debtor

Bankruptcy No. 19-10981-ELF

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: November 24, 2020

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
MICHAEL G DEEGAN  
134 W KING ST

MALVERN, PA 19355

Debtor:  
NINA MITCHELL

715 CLOVELLY LANE

DEVON, PA 19333